

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| | § | No. 08-21-00193-CV |
| IN THE INTEREST OF | § | Appeal from the |
| J.M.C., | § | 65th District Court |
| A CHILD. | § | of El Paso County, Texas |
| | § | (TC# 2020DCM0400) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Court's own motion to dismiss the appeal and concludes that the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH OF DECEMBER, 2021.

_____
GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.)(Sitting by assignment)